| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO GAONA,<br><br>Defendant. | | No. 1:18-CR-00116 DAD<br><br>STIPULATION TO SET A CHANGE OF PLEA HEARING AND VACATE TRIAL CONFIRMATION AND TRIAL |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Kersten, attorney for the defendant, that the trial confirmation hearing set for August 5, 2019 and trial set for August 20, before the Honorable Dale A. Drozd, U.S. District Court Judge, be vacated and that a change of plea hearing be set for September 3, 2019. The parties have executed and filed a plea agreement in this matter. The deputy district attorney handling the state case referenced in the plea agreement requested the ability to be present, and he is unavailable on August 5, 2109.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through September 3, 2019 is excluded from the Act's time limits pursuant to

///

1

18 U.S.C. § 3161(h)(7)(A).

Dated: August 1, 2019                                Respectfully submitted,

                                                     McGREGOR W. SCOTT
                                                     United States Attorney

                                          By    /s/ Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ
                                                Assistant U.S. Attorney

Dated: August 1, 2019                           /s/ Eric Kersten
                                                ERIC KERSTEN
                                                Attorney for Defendant

**ORDER**

The trial confirmation hearing currently set for August 5, 2019 and jury trial currently set for August 20, 2019 are vacated and a change of plea hearing set for September 3, 2019 at 10:00 a.m. Time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) through September 3, 2019.

IT IS SO ORDERED.

Dated:   **August 1, 2019**                    _____
                                                UNITED STATES DISTRICT JUDGE