1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  ANGELO BENJAMIN MARTINEZ GAONA

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 1:18-cr-00116 DAD-BAM

12            Plaintiff,                   **STIPULATION TO CONTINUE STATUS
                                           CONFERENCE; ORDER THEREON**
13  vs.
                                           Date:   January 12, 2022
14  ANGELO BENJAMIN MARTINEZ               Time:  2:00 p.m.
    GAONA,                                 Judge: Hon. Barbara A. McAuliffe
15
            Defendant.
16

17

18      **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel that the status conference scheduled for December 15, 2021 may be continued to January

20  12, 2022, at 2:00 p.m., or the soonest time thereafter convenient to the court.

21      Mr. Martinez Gaona is alleged to have violated his terms of supervised release in the

22  above entitled action. The parties are attempting to reach a negotiated settlement but need

23  additional time for defense investigation and further negotiation prior to resolution.

24      Because this matter is a revocation of supervised release, no exclusion of time is required.

25                                              PHILLIP A. TALBERT
                                                Acting United States Attorney
26

27  DATED:  December 14, 2021          By    */s/ Stephanie Stokman*
                                              STEPHANIE STOKMAN
28                                            Assistant United States Attorney
                                              Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  December 14, 2021          By      /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
ANGELO BENJAMIN MARTINEZ
GAONA

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above the status conference set for December 15, 2021 is continued to **January 12, 2022 at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **December 14, 2021**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE