1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA BAR #226429
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  ANGELO GAONA

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         Case No.  1:22-cr-00008 DAD-BAM
                                      Case No.  1:18-cr-00116 DAD-BAM
12           *Plaintiff,*

13       vs.                          REQUEST FOR CORRECTED RELEASE
                                      ORDER;  CORRECTED ORDER
14  ANGELO GAONA,
                                      JUDGE: Dale A. Drozd
15           *Defendant.*

16

17  TO:   **PHILLIP TALBERT, UNITED STATES ATTORNEY, AND STEPHANIE
          STOKMAN ASSISTANT UNITED STATES ATTORNEY, ATTORNEY FOR
18        PLAINTIFF:**

19       Defendant, Angelo Gaona, through undersigned counsel, hereby requests that the

20  temporary release order be corrected to set forth the proper spelling of the third party custodian's

21  last name. Upon review of the order counsel realized that he provided an incorrect spelling of the

22  third party custodian's last name. The name is listed as Elias **Marmejo**, when the correct name is

23  **Marmojelo**. Counsel apologizes for his mistake and requests that the orders be corrected to

24  include the proper last name.

25                                            HEATHER E. WILLIAMS
                                              Federal Defender
26

27  DATED: March 17, 2021          By:   */s/ Eric Kersten*
                                         ERIC V. KERSTEN
28                                       Assistant Federal Defenders
                                         Attorneys for Defendant
                                         ANGELO GAONA

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGELO GAONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ANGELO GAONA,<br><br>*Defendant.* | Case No.  1:22-cr-00008 JLT-SKO<br>Case No.  1:18-cr-00116 DAD-BAM<br><br>CORRECTED ORDER FOR TEMPORARY RELEASE<br><br>JUDGE: Dale A. Drozd |

Upon consideration of defendant ANGELO GAONA's motion for temporary release and after hearing the arguments of counsel, the motion is GRANTED. Angelo Gaona, (Fresno County Jail PID 09790321 / Booking No. 2126507) is hereby released to the third-party custodian Elias Marmojelo for transport to the Mountain View Cemetery, 1411 W. Belmont Avenue, Fresno, for the internment of his mother's ashes, and then to Roeding Park, located at 890 W. Belmont Avenue, Fresno, for the celebration of life to be held immediately after the internment. Defendant shall go directly to the cemetery upon his release and stop at no other locations other than those identified in this order during his temporary release. In addition, all of the conditions of his term of supervised release in Case No. 1:18-cr-00116 DAD shall be complied with during the time of his temporary release, including the conditions prohibiting his use of any alcohol or drugs, including prescription medication. Mr. Marmejo shall remain in Gaona's immediate presence and keep the defendant in his eyesight at all times during the

release. Defendant shall be released to the third-party custodian at 8:00 a.m. on March 18, 2022. He shall return to the Fresno County Jail no later than 2:30 p.m. on March 18, 2022. Finally, defendant is ordered to abide by all rules and regulations issued by the Court during the time of his temporary release.

IT IS SO ORDERED.

Dated:   **March 17, 2022**

UNITED STATES DISTRICT JUDGE